IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

AMERICAN AUTOMOBILE INSURANCE
COMPANY,

    Plaintiff/Counterdefendant,

v.                                                      Civ. No. 13-439 KG/LF

FIRST MERCURY INSURANCE COMPANY,

    Defendant/Counterclaimant,

and

XL INSURNCE COMPANY LIMITED and
HCC INTERNATIONAL INSURANCE COMPANY PLC,

    Joined Plaintiffs on Counterclaim.

## PARTIAL SUMMARY JUDGMENT ON COUNTERCLAIMS

Having granted in part "American Automobile Insurance Company's Opposed Motion for Judgment on the Pleadings as to First Mercury's Counterclaim or for Partial Summary Judgment as to First Mercury's Counterclaim" (Doc. 175) by entering a Memorandum Opinion and Order contemporaneously with this Partial Summary Judgment on Counterclaims,

    IT IS ORDERED that

    1. except for the equitable indemnification counterclaim based on damages assessed against Standard E&S, LLC and Zia Transport Inc., summary judgment is entered in favor of American Automobile Insurance Company as to the remaining counterclaims based on damages assessed against Standard E&S, LLC and Zia Transport, Inc.; and

2. those counterclaims are dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE