IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

AMERICAN AUTOMOBILE INSURANCE COMPANY,

    Plaintiff,

vs.                                                       Civ. No. 13-0439 KG/LF

FIRST MERCURY INSURANCE COMPANY, et al.,

    Defendants.

ORDER SETTING A TELEPHONIC STATUS CONFERENCE

IT IS HEREBY ORDERED that a status conference will be held by telephone on **THURSDAY, JUNE 21, 2018, AT 2:00 PM**. The parties shall be prepared to discuss possible bench trial dates in November, December or February. Please call Judge Gonzales' Meet Me line at 505-348-2354 to be connected to the proceedings. *This line can only accommodate up to five (5) telephone lines, including the Courts; if the parties anticipate that they will exceed this capacity, they must contact the Court immediately so that alternative arrangements may be made.*

_____
UNITED STATES DISTRICT JUDGE