IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

AMERICAN AUTOMOBILE INSURANCE
COMPANY,

    Plaintiff/Counterdefendant,

v.                                                                               Civ. No. 13-439 KG/LF

FIRST MERCURY INSURANCE COMPANY,

    Defendant/Counterclaimant,

and

XL INSURANCE COMPANY LIMITED and
HCC INTERNATIONAL INSURANCE COMPANY PLC,

    Joined Plaintiffs on Counterclaim.

## BRIEFING ORDER

On June 21, 2018, the Court held a telephonic status conference in this case. Rufus E. Thompson appeared on behalf of American Automobile Insurance Company (AAIC) and Gary J. Van Luchene appeared on behalf of First Mercury Insurance Company, XL Insurance Company Limited, and HCC International Insurance Company PLC (collectively, First Mercury). At the telephonic status conference, Mr. Thompson inquired about briefing the issue raised in the Court's April 19, 2018, Memorandum Opinion and Order (Doc. 184) at footnote 6. The issue raised in footnote 6 is whether equitable or traditional indemnification principles apply to the facts of this case. The Court will allow the parties to brief this issue as follows:

    1. AAIC may file a motion addressing that issue no later than July 13, 2018;

    2. First Mercury may file a response no later than July 27, 2018; and

    3. AAIC may file a reply no later than August 10, 2018.

IT IS SO ORDERED.

 

_____
UNITED STATES DISTRICT JUDGE