IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

AMERICAN AUTOMOBILE
INSURANCE COMPANY,

    Plaintiff,

Civ. No. 13-439 KG/LF

vs.

FIRST MERCURY INSURANCE COMPANY,

    Defendant,
and

XL INSURANCE COMPANY LIMITED AND
HCC INTERNATIONAL INSURANCE COMPANY, PLC,

    Joined Plaintiffs on Counterclaim.

### **STIPULATED ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINES ON BRIEFS RELATED TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

This matter coming before the Court upon Defendant/Counterclaimant First Mercury Insurance Company's Unopposed Motion to Extend Deadlines on Briefs Related to Plaintiff's Motion for Summary Judgment [Doc. 201] and the Court, having considered the Unopposed Motion, finds that the Unopposed Motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED that the deadline for Defendant/Counterclaimant to submit a response to Plaintiff/Counterdefendant's Motion for Summary Judgment is extended from July 27, 2018 to August 3, 2018 and the deadline for Plaintiff/Counterdefendant to submit a reply is extended from August 10, 2018 to August 17, 2018.

                                            _____
                                            UNITED STATES DISTRICT JUDGE

**Submitted by:**

KELEHER & McLEOD, PA

By: */s/ Gary J. Van Luchene*
    Gary J. Van Luchene
    Andrew L. Johnson
    PO Box AA
    Albuquerque, NM 87103
    Telephone: (505) 346-4646
    gvl@keleher-law.com
    alj@keleher-law.com
    *Attorneys for Defendant/Counterclaimant*
    *First Mercury Ins. Co. and Plaintiffs*
    *on the Counterclaim XL Ins. Co.*
    *Ltd. and HCC Int'l Ins. Co. PLC*

**Approved by:**

MODRALL, SPERLING, ROEHL,
HARRIS & SISK, P.A.

    *Approved via email*
By: *J. Anderson on 07/25/18*
    Rufus E. Thompson
    Jennifer G. Anderson
    PO Box 2168
    Albuquerque, NM 87103
    Telephone: (505) 848-1800
    rethompson@modrall.com
    jga@modrall.com
    *Attorneys for Plaintiff American*
    *Automobile Insurance Company*