IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

AMERICAN AUTOMOBILE
INSURANCE COMPANY,

    Plaintiff,

Civ. No. 13-439 KG/LF

vs.

FIRST MERCURY INSURANCE COMPANY,

    Defendant,

and

XL INSURANCE COMPANY LIMITED AND
HCC INTERNATIONAL INSURANCE COMPANY, PLC,

    Joined Plaintiffs on Counterclaim.

**STIPULATED ORDER GRANTING SECOND UNOPPOSED MOTION
TO EXTEND DEADLINES ON BRIEFS RELATED TO PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT**

    This matter coming before the Court upon Defendant/Counterclaimant First Mercury Insurance Company's Second Unopposed Motion to Extend Deadlines on Briefs Related to Plaintiff's Motion for Summary Judgment (Doc. 203) and the Court, having considered the Unopposed Motion, finds that the Unopposed Motion is well taken and should be GRANTED.

    IT IS THEREFORE ORDERED that the deadline for Defendant/Counterclaimant to submit a response to Plaintiff/Counterdefendant's Motion for Summary Judgment is extended from August 3, 2018 to August 7, 2018 and the deadline for Plaintiff/Counterdefendant to submit a reply is extended from August 17, 2018 to August 21, 2018.

_____
UNITED STATES DISTRICT JUDGE

**Submitted by:**

KELEHER & McLEOD, PA

By: */s/ Gary J. Van Luchene*
    Gary J. Van Luchene
    Andrew L. Johnson
    PO Box AA
    Albuquerque, NM  87103
    Telephone:  (505) 346-4646
    gvl@keleher-law.com
    alj@keleher-law.com
    *Attorneys for Defendant/Counterclaimant*
    *First Mercury Ins. Co. and Plaintiffs*
    *on the Counterclaim XL Ins. Co.*
    *Ltd. and HCC Int'l Ins. Co. PLC*

**Approved by:**

MODRALL, SPERLING, ROEHL,
HARRIS & SISK, P.A.

By: *Jennifer Anderson E-mail approval August 2, 2018*
    Rufus E. Thompson
    Jennifer G. Anderson
    PO Box 2168
    Albuquerque, NM  87103
    Telephone:  (505) 848-1800
    rethompson@modrall.com
    jga@modrall.com
    *Attorneys for Plaintiff American*
    *Automobile Insurance Company*