IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

AMERICAN AUTOMOBILE INSURANCE
COMPANY,

    Plaintiff,

v.                                       No. 13-CV-00439 KG/LF

FIRST MERCURY INSURANCE COMPANY,

    Defendant,

And

XL INSURANCE COMPANY LIMITED AND
HCC INTERNATIONAL INSURANCE COMPANY, PLC

    Joined Plaintiffs on Counterclaim.

## **STIPULATED ORDER TO EXTEND DEADLINE TO FILE REPLY TO PLAINTIFF AMERICAN AUTOMBILE INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**

This matter coming before the court upon Plaintiff American Automobile Insurance Company's Unopposed Motion to Extend Deadline to File Reply to Plaintiff American Automobile Insurance Company's Motion for Summary Judgment (Doc. 206), and the Court, having considered the Unopposed Motion, finds that the Motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED that the deadline for Plaintiff to submit a reply to its Motion for Summary Judgment is extended from August 21, 2018, to September 4, 2018.

**IT IS SO ORDERED.**

                                                                                              _____
                                                                                              UNITED STATES DISTRICT JUDGE

**Submitted By:**

  MODRALL, SPERLING, ROEHL, HARRIS
& SISK, P.A.

By: */s/ R. E. Thompson*
      Rufus E. Thompson rethompson@modrall.com
     Jennifer G. Anderson jga@modrall.com
     P.O. Box 2168
     Albuquerque, NM 87103
     Telephone: 505.848.1800
*ATTORNEYS FOR PLAINTIFF AMERICAN
AUTOMOBILE INSURANCE COMPANY*

**Approved By:**

KELEHER & McLEOD, P.A.

     *Approved via Email*
By:   *Andrew L. Johnson*
     Gary Van Luchene gvl@keleher-law.com
     Andrew L. Johnson alj@keleher-law.com
     P.O. Box AA
     Albuquerque, NM 87103
     Phone: 346-4646
*ATTORNEYS FOR DEFENDANT FIRST
MERCURY INSURANCE CO. and
PLAINTIFFS ON THE COUNTERCLAIM
XL INSURANCE COMPANY LIMITED
AND HCC INTERNATIONAL INSURANCE
COMPANY PLC*