IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

AMERICAN AUTOMOBILE INSURANCE COMPANY,

    Plaintiff,

vs.                                                             Civ. No. 13-0439 KG/LF

FIRST MERCURY INSURANCE COMPANY, et al.,

    Defendants.

## ORDER SETTING A TELEPHONIC STATUS CONFERENCE

IT IS HEREBY ORDERED that a status conference will be held by telephone on **TUESDAY, DECEMBER 18, 2018, AT 1:30 PM**. Counsel shall call the AT&T conference line at 888-398-2342, access code 9614892, to be connected to the proceedings.

_____
UNITED STATES DISTRICT JUDGE