IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

AMERICAN AUTOMOBILE INSURANCE
COMPANY,

    Plaintiff/Counterdefendant,

v.                                                   Civ. No. 13-439 KG/LF

FIRST MERCURY INSURANCE COMPANY,

    Defendant/Counterclaimant,

and

XL INSURANCE COMPANY LIMITED and
HCC INTERNATIONAL INSURANCE COMPANY PLC,

    Joined Plaintiffs on Counterclaim.

## PARTIAL SUMMARY JUDGMENT ON
## EQUITABLE INDEMNIFICATION COUNTERCLAIM

Having granted American Automobile Insurance Company's Motion for Summary Judgment as to First Mercury's Counterclaim for Equitable Indemnity (Doc. 200) by entering a Memorandum Opinion and Order contemporaneously with this Partial Summary Judgment on Equitable Indemnification Counterclaim,

    IT IS ORDERED that

    1. summary judgment is entered in favor of American Automobile Insurance Company as to the equitable indemnification counterclaim based on damages assessed against Standard E&S, LLC and Zia Transport Inc.; and

    2. that counterclaim is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE