IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

AMERICAN AUTOMOBILE INSURANCE
COMPANY

  Plaintiff,

v.              No. 13-CV-00439 KG/LF

FIRST MERCURY INSURANCE COMPANY

  Defendant,

And

XL INSURANCE COMPANY LIMITED AND
HCC INTERNATIONAL INSURANCE COMPANY, PLC

  Joined Plaintiffs on Counterclaim.

## STIPULATED ORDER TO VACATE TRIAL SETTING

This matter coming before the court upon the Parties' Joint Motion to Vacate Trial Setting (Doc. 216) and the Court, having considered the Motion, finds that the Motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED that the trial currently set for February 19, 2019, is vacated. If necessary, the Court will convene a status conference following the anticipated mediation to confer with the parties concerning a new trial date.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

AGREED TO AS TO FORM AND SUBSTANCE:

  MODRALL, SPERLING, ROEHL, HARRIS
& SISK, P.A.

By: */s/ R. E. Thompson & Jennifer G. Anderson*
      Rufus E. Thompson rethompson@modrall.com
     Jennifer G. Anderson jga@modrall.com
     P.O. Box 2168
     Albuquerque, NM 87103
     Telephone: 505.848.1800
*ATTORNEYS FOR PLAINTIFF AMERICAN
AUTOMOBILE INSURANCE COMPANY*


KELEHER & McLEOD, P.A.

By:   *Electronically approved on 1/11/14*
      Gary Van Luchene gvl@keleher-law.com
      Kurt Wihl kw@keleher-law.com
      P.O. Box AA
      Albuquerque, NM 87103
      Phone: 346-4646
*ATTORNEYS FOR DEFENDANT FIRST
MERCURY INSURANCE CO. and
PLAINTIFFS ON THE COUNTERCLAIM
XL INSURANCE COMPANY LIMITED
AND HCC INTERNATIONAL INSURANCE
COMPANY PLC*